1  NANCY L. OBER, Bar No. 49683
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
4  Facsimile:   415.399.8490
   Email:       nlober@littler.com
5
   Attorneys for Defendants
6  WASTE MANAGEMENT OF ALAMEDA, INC.
   AND RECYCLE AMERICA ALLIANCE, LLC
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  ILWU WAREHOUSEMEN'S WELFARE TRUST; AND PETER COOK AND JACK WYATT, as Trustees, | Case No.  C08-4849 ~~EMC~~ CRB |
| 13            Plaintiffs, | STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT |
| 14      v. | [L.R. 6-1] |
| 15  WASTE MANAGEMENT OF ALAMEDA, INC., a California corporation, and RECYCLE AMERICA ALLIANCE, LLC, a Delaware limited liability company and doing business in California, | |
| 18            Defendants. | |

22         Plaintiffs ILWU WAREHOUSEMEN'S WELFARE TRUST, and PETER COOK and
23  JACK WYATT, as Trustees, and Defendants WASTE MANAGEMENT OF ALAMEDA, INC. and
24  RECYCLE AMERICA ALLIANCE, LLC, through their respective counsel, hereby stipulate and
25  agree that Defendants shall have up to and including December 15, 2008 to answer or otherwise
26  respond to the Complaint in this action.
27
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION ENLARGING TIME TO
RESPOND TO COMPLAINT

Case No. C08-4849 EMC

This enlargement of time will not alter the date of any event or deadline already fixed by Court order.

Dated: November 6, 2008

*[signature]*
NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
WASTE MANAGEMENT OF ALAMEDA, INC. AND RECYCLE AMERICA ALLIANCE, LLC

Dated: November 10, 2008

*[signature]*
KRISTIN MCCULLOCH
SALTZMAN & JOHNSON LAW CORPORATION
A Professional Corporation
Attorneys for Plaintiffs
ILWU WAREHOUSEMAN'S' WELFARE TRUST AND PETER COOK AND JACK WYATT, AS TRUSTEES

Firmwide:87347700.1 046609.1573

signed: Nov. 12, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT — 2. — Case No. C08-4849 EMC