NANCY L. OBER, Bar No. 49683
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
Email:         nlober@littler.com

Attorneys for Defendants
WASTE MANAGEMENT OF ALAMEDA, INC.
and RECYCLE AMERICA ALLIANCE, LLC

KRISTEN MCCULLOCH, Bar No. 177558
SALTZMAN & JOHNSON LAW CORP.
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
Telephone:   (415) 882-7900
Facsimile:    (415) 882-9287
Email:         kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs
ILWU WAREHOUSEMEN'S WELFARE TRUST;
AND PETER COOK and JACK WYATT, as
Trustees

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILWU WAREHOUSEMEN'S WELFARE TRUST; AND PETER COOK AND JACK WYATT, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT OF ALAMEDA, INC., a California corporation, and RECYCLE AMERICA ALLIANCE, LLC, a Delaware limited liability company and doing business in California,<br><br>Defendants. | Case No.  C08-4849 CRB<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>[L.R. 6-2] |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING INITIAL CMC AND RELATED
DEADLINES

Case No. C08-4849 CRB

Plaintiffs ILWU WAREHOUSEMEN'S WELFARE TRUST; AND PETER COOK and JACK WYATT, as Trustees ("Plaintiffs") and Defendants WASTE MANAGEMENT OF ALAMEDA, INC. and RECYCLE AMERICA ALLIANCE, LLC ("Defendants"), jointly through their respective counsel, hereby stipulate to and request that the Court order that the Initial Case Management Conference and related deadlines be continued for a period of 90 days.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action is set for February 6, 2009 at 8:30 a.m.. Other case management deadlines, including the filing of the ADR Certification, completion of initial disclosures, and filing of the Case Management Statement, are set in relation to the Case Management Conference.

2. By their Complaint in this action, Plaintiffs seek payment of delinquent health and welfare contributions, interest and liquidated damages, based upon a January 2007 audit report, and an order requiring a further audit. Defendants have tendered the amounts found due in the audit report and agreed to a further audit. The remaining issues between the parties are limited, and the parties wish to explore a settlement without the necessity of further litigation time and expense. The parties anticipate that a short extension of case management deadlines will enable them to focus their efforts on resolving this matter.

3. Other than the resetting of the date of the initial Case Management Conference in connection with the reassignment of this action to the Court, there have been no previous time modifications related to the Initial Case Management Conference or related case management activities in this case.

4. The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The parties anticipate that the requested extension will facilitate the resolution of the parties' dispute and avoid unnecessary time and expense.

Therefore, Plaintiffs and Defendants, through their respective counsel, jointly stipulate and agree as follows:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING INITIAL CMC AND RELATED
DEADLINES

2.

Case No. C08-4849 CRB

1. The Initial Case Management Conference date of February 6, 2009 and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to May 8, 2009 or _____, 2009 at 8:30 a.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: January 7, 2009.

/s/
KRISTEN MCCULLOCH
SALTZMAN & JOHNSON LAW CORP.
A Professional Corporation
Attorneys for Plaintiffs
ILWU WAREHOUSEMAN'S' WELFARE TRUST AND PETER COOK AND JACK WYATT, AS TRUSTEES

Dated: January 7, 2009.

[signature]
NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
WASTE MANAGEMENT OF ALAMEDA, INC. AND RECYCLE AMERICA ALLIANCE, LLC

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP. AND [PROPOSED] ORDER CONTINUING INITIAL CMC AND RELATED DEADLINES

3.

Case No. C08-4849 CRB

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __January 8, 2009__

_____
HONORABLE CHARLES R. BREYER
JUDGE OF THE UNITED STATES
DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

Firmwide:88026309.1 046609.1573

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING INITIAL CMC AND RELATED
DEADLINES

4.

Case No. C08-4849 CRB