1   ISAIAH B. ROTER (SBN 82743)
    KRISTEN McCULLOCH (SBN 177558)
2   SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
3   San Francisco, CA 94104
    (415) 882-7900
4   (415) 882-9287 – Facsimile
    iroter@sjlawcorp.com
5   kmcculloch@sjlawcorp.com

6   Attorneys for Plaintiffs

7

8                   UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| ILWU WAREHOUSEMEN'S WELFARE TRUST; AND PETER COOK AND JACK WYATT, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT OF ALAMEDA, INC., a California corporation, AND RECYCLE AMERICA ALLIANCE, LLC, a Delaware limited liability company and doing business in California,<br><br>Defendants. | Case No.: C08-4849 CRB<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE AND JOINT STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ALL OTHER DATES |

18          TO THE COURT:

19          PLEASE TAKE NOTICE that the parties have negotiated a settlement of the entire case.

20   After the parties finalize and execute the written Settlement Agreement and payment under the

21   terms of the settlement agreement has been satisfied, Plaintiff ILWU Warehousemen's Welfare

22   Trust will file a dismissal of the entire action.

23          FURTHERMORE, the Initial Case Management is set for May 8, 2009.

24   / / /

25   / / /

26   / / /

27   / / /

28

P:\CLIENTS\ILWWF\CASES\Waste Management\Pleadings\Notice and Stip 042309.DOC

1    ACCORDINGLY, the parties jointly stipulate and request that the Initial Case

2  Management Conference set for May 8, 2009 and all other dates and deadlines be vacated.

3  Date: April 24, 2009

4

5  By: _____/S/_____          By: _____/S/_____
       KRISTEN MCCULLOCH              NANCY OBER
6      SALTZMAN & JOHNSON LAW         LITTLER MENDELSON
       CORPORATION                    20th Floor
7      44 Montgomery Street, Suite 2110   650 California Street
       San Francisco, CA 94104        San Francisco, CA 94108
8      Attorneys for Plaintiffs ILWU  Attorneys for Defendants Waste Management of
       Warehousemen's Welfare         Alameda, Inc. and Recycle America Alliance,
9      Trust; And Peter Cook And Jack Wyatt   LLC

10                                   ORDER

11       The Initial Case Management Conference set for May 8, 2009 and all other dates and

12  deadlines are hereby vacated.

13  IT IS SO ORDERED.

14  Dated:  _April 27, 2009____   _____
15                               The Honorable Charles R. Breyer
                                 UNITED STATES DISTRICT JUDGE
16

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28

P:\CLIENTS\ILWWF\CASES\Waste Management\Pleadings\Notice and Stip 042309.DOC

NOTICE OF SETTLEMENT
AND JOINT STIPULATION
Case No.: C08-4849 CRB

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On April 24, 2009, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

NOTICE OF SETTLEMENT OF ENTIRE CASE AND JOINT STIPULATION TO
VACATE CASE MANAGEMENT CONFERENCE AND ALL OTHER DATES
AND [PROPOSED] ORDER

__XXX__    **E-MAIL** be causing said document to be transmitted by e-mail addresses indicated after the address(es) set forth below.

_____    **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

NANCY OBER
NLOber@littler.com
Littler Mendelson
20th Floor
650 California Street
San Francisco, CA 94108
Attorneys for Defendants Waste
Management of Alameda, Inc. and
Recycle America Alliance, LLC

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of April, 2009, at San Francisco, California.

_____
/S/
Vanessa de Fábrega